BEFORE THE SECOND DIVISION, MARCH 5, 1968

No. P68/107.—Freedman & Slater, Inc., a/c Robert Bosch Corp. *v.* United States, protest 58/15061 (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

No. P68/108.—The Durst Mfg. Co., Inc. *v.* United States, protest 298200–K (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of strainers in chief value of brass similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiff was sustained.

No. P68/109.—Lafayette Brass Co., Inc., and Globe Importing Company *v.* United States, protests 58/6023 and 58/22540 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of aerators in chief value of brass similar in all material respects to those the subject of *Globe Importing Company* v. *United States* (47 Cust. Ct. 248, Abstract 65882), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MARCH 5, 1968

No. P68/110.—Miya Co., Inc., et al. *v.* United States, protests 66/11994, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc.*, and *Hoyt, Shepston & Sciaroni et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.